**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M ADMINISTRATIVE DOCKET<br><br>This Document Relates To:<br>Thomas Crabtree<br><br>Admin Docket No. 7:20-cv-02670 | Case No. 3:19-mc-87<br><br>JUDGE M. CASEY RODGERS<br>MAGISTRATE JUDGE GARY R. JONES |

## NOTICE OF REPRESENTATION ISSUE

### I. PLAINTIFF INFORMATION

| | | | |
|---|---|---|---|
| **MDL Centrality Plaintiff ID:** | 15686 | | |
| **Name:** | First: Thomas | M.I.: | Last: Crabtree |

### II. SUBSTITUTION OF COUNSEL BY CONSENT

Complete this Section only if you are notifying the Court that a substitution of counsel has been made with the plaintiff's consent. *See* N.D. Fla. Loc. R. 11.1(H)(1)(b). No motion for leave to withdraw is required to effectuate a substitution of counsel by consent.

| | | | | |
|---|---|---|---|---|
| **New Lawyer:** | Law Firm Name: Pulaski Law Firm, PLLC | | | |
| | Lawyer First Name: Katherine | M.I.: | Lawyer Last Name: Cornell | Suffix: |
| | Street: 2925 Richmond Avenue | | | Suite: 1725 |
| | City: Houston | | State/Province: TX | |
| | Postal Code: 77098 | | Country: | |
| | Email: kcornell@pulaskilawfirm.com | | Telephone: 713 664-4555 | |

### III. ALL OTHER REPRESENTATION ISSUES

As to all other representation issues in administrative cases with no pending motion to compel before the Court, submission of this form will constitute notification that you wish to seek leave to withdraw as counsel pursuant to N.D. Fla. Loc. R. 11.1(H)(1). This includes circumstances in which the plaintiff does not consent to the withdrawal or where your withdrawal will not leave the plaintiff with another attorney of record who intends to continue in the case. A motion for leave to withdraw will be required within **10 days** after you are electronically notified that this form has been filed in the individual plaintiff's administrative case. *See* Pretrial Order No. 22, ECF No. 898 at 8. Any such motion must include the plaintiff's last known address, email, and telephone number.

Dated: 2/9/2021

Respectfully submitted,

/s/ Katherine Cornell

Katherine Cornell
**Pulaski Law Firm, PLLC**

**ATTORNEYS FOR PLAINTIFF**